IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

JERRY WAYNE GILMORE               §

VS.                               §     CIVIL ACTION NO. 1:05cv519

UNITED STATES OF AMERICA          §


MEMORANDUM ORDER OVERRULING MOVANT'S OBJECTIONS AND ADOPTING
THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Jerry Wayne Gilmore, proceeding *pro se*, filed this motion to
vacate, set aside or correct sentence pursuant to 28 U.S.C. §
2255.

The court previously referred this matter to the Honorable
Earl S. Hines, United States Magistrate Judge, at Beaumont,
Texas, for consideration pursuant to applicable laws and orders
of this court.  The magistrate judge has submitted a Report and
Recommendation of United States Magistrate Judge concerning the
motion to vacate.  The magistrate judge recommends the motion to
vacate be denied.

The court has received and considered the Report and
Recommendation of United States Magistrate Judge filed pursuant
to such referral, along with the record, pleadings and all
available evidence.  Movant filed objections to the Report and
Recommendation.

The court has conducted a *de novo* review of the objections
in relation to the pleadings and the applicable law.  *See* FED. R.

Cɪᴠ. P. 72(b).  After careful consideration, the court concludes the objections are without merit.

<u>O R D E R</u>

Accordingly, movant's objections are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct and the report of the magistrate judge is **ADOPTED**.  A final judgment will be entered denying the motion to vacate.

So **ORDERED** and **SIGNED** this **8**   day of **September, 2005.**

_____
Ron Clark, United States District Judge

2